AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JAYYIDAH THOMPSON-DAGUINDEAU <br><br> *Plaintiff(s)* <br><br> v. <br><br> COVENANT HOUSE NEW YORK, LEIGH FUGGER-SMITH, EILEEN KING, and THEODORA CARTER, in their individual and professional capacities. <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-07897-NRM-JRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

NNENNA ONUA, ESQ.
MCKINLEY ONUA & ASSOCIATES
26 COURT STREET, SUITE 300
BROOKLYN, NY 11242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 10/27/2023

*Jacklyn Cucci*
*Signature of Clerk or Deputy Clerk*

# DEFENDANT LIST

**COVENANT HOUSE NEW YORK**
460 W 41st Street
New York, NY 10036

**Leigh Fugger -Smith**
100 NW 6th Street, Apt. 3702
Miami, Fl 33136

**Eileen King**
**William Raveis Realty**
945 White Plains Road,
Trumbull, CT 06611

**Theodora Cater**
2601 Ocean Pkwy
Brooklyn, NY 11235